CRUZ, DEMANDANTE Y APELADO, *v.* VALENTÍN, DEMANDADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Primer Distrito, en procedimiento de *injunction* (memorándum de costas.)

No. 2695.—Resuelto en diciembre 11, 1922.

COSTAS — MEMORÁNDUM DE COSTAS — SENTENCIA REVOCATORIA SIN PRONUNCIAMIENTO DE COSTAS.—Una sentencia revocatoria dictada en apelación sin pronunciamiento en cuanto a costas no da derecho al apelante para recobrarlas. Y si por ministerio de la ley el apelante tiene derecho a costas debe pedir a la Corte Suprema que las imponga y cuando obtenga tal declaración entonces podrá presentar el memorándum de costas en la corte inferior.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. O. M. Wood* y *L. Janer Landrón.*

· Abogado del apelado: *Sr. M. Acosta Velarde.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tribunal.

El apelante obtuvo en este Tribunal Supremo la revocación de una sentencia en un procedimiento de injunction seguido contra él por el cual el demandante trataba de recobrar la posesión de ciertas fincas. Nuestra sentencia se limitó a revocar la que había dictado la corte inferior contra el demandado sin que hiciéramos declaración alguna sobre costas. Después de ella el demandado presentó en la corte inferior un memorandum de costas que fué impugnado por el demandante, en primer término, porque nuestra sentencia revocatoria no le concede las costas, motivo por el cual la corte inferior desestimó la aprobación de dicho memorandum, y contra esa resolución se ha interpuesto el presente recurso de apelación por el demandado.

El memorandum de costas no tiene otro objeto que determinar y fijar la cantidad que debe ser pagada en concepto de costas como consecuencia de una condena de pagarlas por lo que para que una corte pueda aprobar un memorandum de costas es necesario que se haya dictado previamente una resolución o sentencia judicial condenando al pago de ellas; y no existiendo en este caso condena en ese sentido contra el apelado demandante, procedió correctamente la corte inferior al negar su aprobación al memorandum que se le presentó. *Veve* v. *Municipio de Fajardo,* 18 D. P. R. 771; *Busigó* v. *Jordán,* 19 D. P. R. 627; *Hermida* v. *Márquez,* 19 D. P. R. 466; · *Byron* v. *González,* 19 D. P. R. 1035; *Fajardo Sugar Co.* v. *Santiago,* 19 D. P. R. 1151; y *Laborde* v. *López,* 29 D. P. R. 518.

Si como alega el apelante él tenía derecho por ministerio de la ley al cobro de costas por haberse dictado sentencia a su favor y no hicimos tal condena, debió pedirnos que impu-

siéramos el pago de ellas para que una vez obtenida esa declaración pudiera presentar su memorandum de costas en la corte inferior.

La resolución apelada debe ser confirmada.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.